IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) ISAAC E. HEAVEN,<br>2) ROGER L. MARTIN,<br><br>      Plaintiffs,<br><br>v.<br><br>1) SKINNER TANK COMPANY, an<br>Oklahoma Corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-15-823-R<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the parties hereto, through their respective legal counsel, that the above entitled cause be dismissed with prejudice and without costs to any party, because all matters in controversy for which said action was brought have been fully compromised, settled and adjourned.

                                      Respectfully submitted,

                                      FRASIER, FRASIER & HICKMAN, LLP


                      By:    *s/Frank W Frasier*
                             Frank W Frasier, OBA #17864
                             1700 Southwest Boulevard
                             Tulsa, OK 74107-1730
                             (918) 584-4724
                             (800) 522-4049
                             (918) 583-5637 *fax*
                             frasier@tulsa.com *e-mail*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of April, 2016, a true, correct, and exact copy of the foregoing document was served *via* electronic notice by the CM/ECF filing system to all parties on their list of parties to be served in effect this date.

By:   *s/Frank W Frasier*
      Frank W Frasier